IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THAYER D. LAWSON, #1909142, | § § § | |
| Plaintiff, | § § | Civil Action No. 4:13cv491 |
| v. | § § | |
| HON. BRUCE McFARLING, ET AL., | § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge Don D. Bush, who subsequently issued a Report and Recommendation that Plaintiff's motion to voluntarily dismiss the Honorable Bruce McFarling be granted but also recommending that the entire action be dismissed with prejudice for failure to state a claim upon which relief may be granted. Plaintiff requested and was granted one extension of time in which to file objections. He then filed a second such request for 45 days but providing no substantive justification therefore. Accordingly, the request will be denied. No objections having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Dismiss Defendant Hon. Bruce McFarling (docket entry #13) is **GRANTED**. However, it is further **ORDERED** that Plaintiff's

1

lawsuit in its entirety is **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted and as frivolous pursuant to 28 U.S.C. § 1915A(b)(1). Plaintiff's Second Motion for an Extension of Time in which to file objections (docket entry #21) is **DENIED**.

**SIGNED this the 29th day of September, 2014.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE